JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADEDAYO HAKEEM SANUSI,<br><br>    Petitioner-Defendant,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent-Plaintiff. | No.   CV 24-8702 PA<br>       CR 23-0408 PA<br><br>JUDGMENT |

    Pursuant to the Court's December 23, 2024 Order denying the Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 filed by petitioner Adedayo Hakeem Sansui ("Petitioner"),

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice.

DATED: December 23, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE